IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES OWEN HACKWORTH                                                    PLAINTIFF

V.                              Case No. 3:23-CV-00204-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 11th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE